UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CHRISTOPHER GALVAN | § | Case No. 16-16336 |
| | § | |
| Debtor | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/13/2016 . The undersigned trustee was appointed on 05/13/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $  75,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 41,604.10 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 18,385.90 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/26/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,250.00 , for a total compensation of $ 6,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/20/2019                    By: /s/CATHERINE STEEGE, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-16336 | DRC | Judge: | Donald R Cassling | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CHRISTOPHER GALVAN | | | | Date Filed (f) or Converted (c): | 05/13/2016 (f) |
| | | | | | 341(a) Meeting Date: | 06/14/2016 |
| For Period Ending: | 02/20/2019 | | | | Claims Bar Date: | 05/26/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5101 N. Kenneth Ave, Chicago, IL 60630 | 218,800.00 | 0.00 | | 0.00 | FA |
| 2. BMW 325xl 2006 | 6,521.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods: Bed, Table, etc. | 600.00 | 0.00 | | 0.00 | FA |
| 4. Ordinary electronics including nonfixture appliances | 550.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6. Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 7. TCF Checking Account | 750.00 | 0.00 | | 0.00 | FA |
| 8. 401k account at Prudential | 700.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 10. Claim against Roehl Transport for personal injury (no lawsui | 50,000.00 | 35,000.00 | | 75,000.00 | 0.00 |
| 11. Individual Retirement Account at Primerica Financial Service | 5,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $283,471.00        $35,000.00        $75,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Personal injury suit is pending.

7/13/2018

Initial Projected Date of Final Report (TFR): 07/31/2019        Current Projected Date of Final Report (TFR): 07/31/2019

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 16-16336 | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
| Case Name: CHRISTOPHER GALVAN | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX7788 |
| | | Checking |
| Taxpayer ID No: XX-XXX9235 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 02/20/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/19 | 10 | Gallagher Bassett Serv, Inc. As Claim Administrator | SETTLEMENT PAYMENT | 1142-000 | $75,000.00 | | $75,000.00 |
| 02/07/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $74,990.00 |
| 02/13/19 | 101 | Hupy and Abraham S.C.<br>111 East Kilbourn Avenue<br>Suite 1100<br>Milwaukee, WI 53202 | PI Attorney fees and expenses per settlement order dated 11/27/18 | | | $27,254.10 | $47,735.90 |
| | | Hupy and Abraham S.C. | PI Attorney fees per settlement order ($25,000.00) | 3210-000 | | | |
| | | | PI Attorney expenses per settlement order ($2,254.10) | 3220-000 | | | |
| 02/13/19 | 102 | Christopher Galvan<br>5101 N. Kenneth Avenue<br>Chicago, IL 60630 | Debtor's Exemption re Settlement | 8100-002 | | $15,000.00 | $32,735.90 |
| 02/14/19 | 103 | Falk Legal Group Client Trust Account<br>ATTN: Matthew R. Falk<br>740 N. Plankinton Ave., Suite 800<br>Milwaukee, WI 53203 | SETTLEMENT PAYMENT PER 11/27/18 ORDER Settlement payment to Community Insurance Company D/B/A Anthem Blue Cross and Blue Shield per Court's order dated 11/27/18 | 2990-000 | | $14,350.00 | $18,385.90 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $75,000.00 | $56,614.10 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $75,000.00 | $56,614.10 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $75,000.00 | $41,614.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*      Page Subtotals:     $75,000.00     $56,614.10

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7788 - Checking | $75,000.00 | $41,614.10 | $18,385.90 |
|  | $75,000.00 | $41,614.10 | $18,385.90 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $75,000.00 |
| Total Gross Receipts: | $75,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-16336  
Debtor Name: CHRISTOPHER GALVAN  
Claims Bar Date: 5/26/2017  
Date: February 20, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | CATHERINE STEEGE<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $6,250.00 | $6,250.00 |
| 100 3110 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,603.50 | $1,603.50 |
| 100 3120 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $63.65 | $63.65 |
| 1 300 7100 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/28/2017 | $0.00 | $12,844.62 | $12,844.62 |
| 2 300 7100 | M&T BANK ELT US ED<br>AMERICAN EDUCATION SERVICES<br>PO BOX 8183<br>HARRISBURG, PA 17105 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/09/2017 | $0.00 | $26,443.21 | $26,443.21 |
| 3 300 7100 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/27/2017 | $0.00 | $6,414.84 | $6,414.84 |
| 4 300 7100 | MIDLAND FUNDING, LLC<br>MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR MIDLAND FUNDING, LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/28/2017 | $0.00 | $3,540.97 | $3,540.97 |
| 5 300 7100 | T MOBILE/T-MOBILE USA INC<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 05/04/2017 | $0.00 | $239.19 | $239.19 |
| 6 300 7100 | ARMOR SYSTEMS CO.<br>1700 KIEFER DR., SUITE 1<br>ZION, IL 60099 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 05/19/2017 | $0.00 | $630.79 | $630.79 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-16336 Date: February 20, 2019
Debtor Name: CHRISTOPHER GALVAN
Claims Bar Date: 5/26/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals | | | $0.00 | $58,030.77 | $58,030.77 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-16336
Case Name: CHRISTOPHER GALVAN
Trustee Name: CATHERINE STEEGE, TRUSTEE

| | |
|---|---|
| Balance on hand | $ 18,385.90 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 6,250.00 | $ 0.00 | $ 6,250.00 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 1,603.50 | $ 0.00 | $ 1,603.50 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 63.65 | $ 0.00 | $ 63.65 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 7,917.15 |
| Remaining Balance | $ 10,468.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,113.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 12,844.62 | $ 0.00 | $ 2,683.24 |
| 2 | M&T BANK ELT US ED | $ 26,443.21 | $ 0.00 | $ 5,523.99 |
| 3 | AMERICAN EXPRESS BANK, FSB | $ 6,414.84 | $ 0.00 | $ 1,340.06 |
| 4 | MIDLAND FUNDING, LLC | $ 3,540.97 | $ 0.00 | $ 739.71 |
| 5 | T MOBILE/T-MOBILE USA INC | $ 239.19 | $ 0.00 | $ 49.97 |
| 6 | ARMOR SYSTEMS CO. | $ 630.79 | $ 0.00 | $ 131.78 |

Total to be paid to timely general unsecured creditors     $         10,468.75

Remaining Balance     $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE