# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER GALVAN, | ) | Case No. 16-16336 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Tuesday, April 23, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Donald R. Cassling at the Courtroom usually occupied by him, Room 619, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the attached **Application of Trustee's Counsel for Compensation and Reimbursement of Expenses**, at which time and place you may appear if you so desire.

                                                CATHERINE STEEGE not individually but as Chapter 7 Trustee for Christopher Galvan

                                                By:   /s/ *Catherine Steege*
                                                            One of Her Attorneys

Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois  60654
Telephone 312-923-2952
Facsimile: 312-840-7352

Dated:  March 19, 2019

## **CERTIFICATE OF SERVICE**

I, Catherine Steege, an attorney, certify that on March 19, 2019, I served the foregoing **Notice of Motion** and the **Application of Trustee's Counsel for Compensation and Reimbursement of Expenses** on all counsel of record and the parties on the attached Service List by First Class U.S. Mail.

                                                            /s/ *Catherine Steege*
                                                            Catherine Steege

# **SERVICE LIST**

In re Galvan
16-16336

| | |
|---|---|
| Office of the United States Trustee<br>Suite 800<br>219 S. Dearborn Street<br>Chicago, IL  60604 | AES/USEFG ELT BONY<br>PO Box 61047<br>Harrisburg, PA  17106 |
| Christopher Galvan<br>5101 N. Kenneth Avenue<br>Chicago, IL  60630 | AMEX<br>PO Box 297871<br>Fort Lauderdale, FL  33329 |
| Matthew C. Swenson<br>Emerson Law Firm, LLC<br>Suite 420<br>715 Lake Street<br>Oak Park, IL  60301 | Armor Systems Co.<br>1700 Kiefer Dr., Suite 1<br>Zion, IL  60099 |
| Douglas R. Ross<br>Hupy and Abraham, S.C.<br>Suite 300<br>505 S. 24th Avenue<br>Wausau, WI  54401 | Bank of America<br>PO Box 982238<br>El Paso, TX  79998 |
| Blitt & Gaines PC<br>661 Glenn Ave.<br>Wheeling, IL  60090 | CBNA<br>PO Box 6283<br>Sioux Falls, SD 57117 |
| Central Credit Service<br>9550 Regency Square Blvd.<br>Jacksonville, FL  32225 | Chase Auto<br>PO Box 901003<br>Fort Worth, TX  76101 |
| Chase Card<br>PO Box 15298<br>Wilmington, DE  19850 | Discovery Financial Services LLC<br>PO Box 15316<br>Wilmington, DE  19850 |
| Donald Betts<br>1360 Depot Street<br>Mineral Ridge, OH  44440 | US Bank Home Mortgage<br>4801 Frederica St.<br>Owensboro, KY  42301 |
| Emylou Lagueras<br>1411 Busse Rd.<br>Mount Prospect, IL  60056 | MCYDSNB<br>9111 Duke Blvd.<br>Mason, OH  45040 |
| Medical Business Bureau<br>1460 Renaissance Drive<br>Park Ridge, IL  60068 | Midland Funding<br>Suite 30<br>2365 Northside Drive<br>San Diego, CA  92108 |

Nicholas C. DeGennaro  Swedish Covenant Hospital
Suite 300  5145 N. California Ave.
430 White Pond Drive  Chicago, IL 60625
Akron, OH  44320

2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER GALVAN, | ) | Case No. 16-16336 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant:   Jenner & Block

Authorized to Provide

Professional Services to:   Catherine Steege, Trustee

Date of Order Authorizing Employment:   April 11, 2017

Period for Which

Compensation is sought:   March 30, 2017 – Present

Amount of fees sought:   $1,603.50

Amount of Expense Reimbursement sought:   $63.65

This is an:   Interim Application _____   Final Application   X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| N/A | | $ | $ |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $0.00

Dated:  March 19, 2019

Catherine Steege (6183529)
Jenner & Block
353 N. Clark Street
Chicago, Illinois  60654-3456
PH:     312/222-9350
FAX:    312/840-7352

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER GALVAN, | ) | Case No. 16-16336 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

**APPLICATION OF TRUSTEE'S COUNSEL FOR FINAL**
**COMPENSATION AND REIMBURSEMENT OF EXPENSE**

Catherine Steege, not individually but as Trustee for Christopher Galvan, pursuant to 11 U.S.C. § 330 and Fed. R. Bankr. P. 2016, respectfully submits this application for compensation and reimbursement of expenses for Jenner & Block ("Jenner"), and states:

1. Jenner requests $1,603.50 in compensation for 2.3 hours of services performed and reimbursement of actual expenses in the amount of $63.65. Jenner has not previously filed any requests for interim compensation or reimbursement of expenses.

2. Jenner represented the Trustee in connection with obtaining court approval of special counsel's retention, approval of a settlement and reviewing claims.

3. Based on the nature, extent and value of services performed by Jenner & Block, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

4. At all times during Jenner & Block's representation of the Trustee, Jenner & Block was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

5. All of the services for which compensation is sought were rendered to the Trustee solely in connection with this case and not on behalf of any individual creditor or other person.

6. Jenner has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases.

7. Jenner has not shared, nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the members, counsel and associates of the firm, or (b) any compensation another person or party has received or may receive. No promises have been received by Jenner or any member thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

WHEREFORE, the Trustee respectfully requests that Jenner & Block be awarded reasonable compensation of $1,603.50 and reimbursement of actual and necessary expenses of $63.65 for legal services rendered in this case and the Court grant such other relief as may be just.

Dated:  March 19, 2019              Respectfully submitted,

                                    CATHERINE STEEGE, not individually but as
                                    Chapter 7 Trustee for the bankruptcy estate of
                                    Christopher Galvan

                                    BY:      /s/ Catherine Steege
                                             One of Her Attorneys

Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois  60654
Telephone 312-923-2952
Facsimile: 312-840-7352

2

# EXHIBIT A

## TO FEE APPLICATION OF TRUSTEE'S COUNSEL

### IN RE GALVAN
### 16-16336

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 2/21/17 | CS | .30 | Revised retention motion re special counsel. | 307.50 |
| 4/10/17 | NEB | .30 | Prepared for 4/11/17 hearing. | 153.00 |
| 4/11/17 | NEB | .80 | Attended hearing on motions to employ counsel and special counsel. | 408.00 |
| 11/06/18 | CS | .30 | Prepared motion to approve settlement and pay lien claims. | 330.00 |
| 11/27/18 | JDV | .60 | Prepared for and attended hearing on motion to approve settlement. | 405.00 |
| | | 2.30 | PROFESSIONAL SERVICES | $1,603.50 |

# EXHIBIT B

## TO FEE APPLICATION OF TRUSTEE'S COUNSEL

### IN RE GALVAN
### SUMMARY OF PROFESSIONAL SERVICES

| | | | |
|---|---:|---:|---:|
| CATHERINE L. STEEGE | .30 | 1,100.00 | 330.00 |
| CATHERINE L. STEEGE | .30 | 1,025.00 | 307.50 |
| JOHN D. VANDEVENTER | .60 | 675.00 | 405.00 |
| NICHOLAS E. BALLEN | 1.10 | 510.00 | 561.00 |
| TOTAL | 2.30 | | $1,603.50 |

# EXHIBIT C
# TO FEE APPLICATION OF TRUSTEE'S COUNSEL

# IN RE GALVAN
## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 3/30/17 | Postage (mailing notice to creditors) | 37.03 |
| 11/06/18 | Postage (mailing notice to creditors) | 26.62 |
| | TOTAL DISBURSEMENTS | $63.65 |