# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER GALVAN, | ) | Case No. 16-16336 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on day, Tuesday, April 23, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Donald R. Cassling at the Courtroom usually occupied by him, Room 619, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the attached **Trustee's Application for Compensation and Expenses**, at which time and place you may appear if you so desire.

                                                        CATHERINE STEEGE, not individually but as
                                                        Chapter 7 Trustee for Christopher Galvan

                                                        By:    /s/ *Catherine Steege*
                                                              One of Her Attorneys

Catherine Steege (06183529)
JENNER & BLOCK
353 N. Clark Street
Chicago, Illinois  60654-3456
PH:    312/923-2952
FAX:  312/840-7352

Dated:  March 19, 2019

## **CERTIFICATE OF SERVICE**

I, Catherine Steege, an attorney, certify that on March 19, 2019, I served the foregoing **Notice of Motion** and the **Trustee's Application for Compensation and Expenses** on all counsel of record and the parties on the attached Service List by First Class U.S. Mail.

                                                     /s/ *Catherine Steege*
                                                     Catherine Steege

## SERVICE LIST
In re Galvan
16-16336

Office of the United States Trustee
Suite 800
219 S. Dearborn Street
Chicago, IL  60604

Christopher Galvan
5101 N. Kenneth Avenue
Chicago, IL  60630

Matthew C. Swenson
Emerson Law Firm, LLC
Suite 420
715 Lake Street
Oak Park, IL  60301

Douglas R. Ross
Hupy and Abraham, S.C.
Suite 300
505 S. 24th Avenue
Wausau, WI  54401

Blitt & Gaines PC
661 Glenn Ave.
Wheeling, IL  60090

Central Credit Service
9550 Regency Square Blvd.
Jacksonville, FL  32225

Chase Card
PO Box 15298
Wilmington, DE  19850

Donald Betts
1360 Depot Street
Mineral Ridge, OH  44440

Emylou Lagueras
1411 Busse Rd.
Mount Prospect, IL  60056

AES/USEFG ELT BONY
PO Box 61047
Harrisburg, PA  17106

AMEX
PO Box 297871
Fort Lauderdale, FL  33329

Armor Systems Co.
1700 Kiefer Dr., Suite 1
Zion, IL  60099

Bank of America
PO Box 982238
El Paso, TX  79998

CBNA
PO Box 6283
Sioux Falls, SD 57117

Chase Auto
PO Box 901003
Fort Worth, TX  76101

Discovery Financial Services LLC
PO Box 15316
Wilmington, DE  19850

US Bank Home Mortgage
4801 Frederica St.
Owensboro, KY  42301

MCYDSNB
9111 Duke Blvd.o
Mason, OH  45040

2

Medical Business Bureau
1460 Renaissance Drive
Park Ridge, IL  60068

Nicholas C. DeGennaro
Suite 300
430 White Pond Drive
Akron, OH  44320

Midland Funding
Suite 30
2365 Northside Drive
San Diego, CA  92108

Swedish Covenant Hospital
5145 N. California Ave.
Chicago, IL 60625

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTOPHER GALVAN, | ) | Case No. 16-16336 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

Catherine Steege, Trustee herein, pursuant to 11 U.S.C. § 330, respectfully requests $6,250.00 as compensation and $0.00 for reimbursement of expenses.

**I.  COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $41,614.10.  Pursuant to 11 U.S.C. § 326, compensation should be computed as follows:

| | |
|---|---:|
| 25% of First $5,000 | $1,250.00 |
| 10% of the next $45,000 | 4,500.00 |
| 5% of the next $10,000 | 500.00 |
| TOTAL COMPENSATION | $6,250.00 |

Attached as Exhibit "A" is an itemized statement of the services rendered by the Trustee to this estate.  The Trustee examined the Debtor and contacted counsel about the pending personal injury claim.  She oversaw the litigation and addressed counsel's questions.  The Trustee has reviewed claims filed and prepared a final report.  She will attend the hearing on the final report and make final distributions to creditors.

2

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above-captioned case.

          CATHERINE STEEGE, not individually but as Chapter 7 Trustee for the bankruptcy estate of Christopher Galvan

          BY:   */s/ Catherine Steege*
                    One of Her Attorneys

Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois  60654
Telephone 312-923-2952
Facsimile: 312-840-7352

Dated:  March 19, 2019

2

**EXHIBIT A**
**TO TRUSTEES FEE APPLICATION**

**IN RE GALVAN**
**16-16336**

| Date | | Hours | Description |
|---|---|---|---|
| 6/14/16 | CS | .50 | Attended § 341 meeting and examined debtor. |
| 2/21/17 | CS | .20 | Email with special counsel re PI case. |
| 2/24/17 | CS | .20 | Email with special counsel re PI case. |
| 3/08/17 | CS | .20 | Email with special counsel re PI case. |
| 3/27/17 | CS | .20 | Email with special counsel re PI case. |
| 7/27/17 | CS | .50 | Filed annual UST report. |
| 3/29/17 | CS | .20 | Email with special counsel re PI case. |
| 3/30/17 | CS | .20 | Email with special counsel re PI case. |
| 7/25/18 | CS | .50 | Filed annual UST report. |
| 9/4/18 | CS | .30 | Email with special counsel re PI case. |
| 9/5/18 | CS | .20 | Email with special counsel re PI case. |
| 11/28/18 | CS | .10 | Email with special counsel re PI case. |
| 12/03/18 | CS | .20 | Email with special counsel re PI case. |
| 2/14/19 | CS | .10 | Prepared checks re payment to PI counsel and lien claimant. |
| 2/15/19 | CS | .30 | Email with lien claimant re payee on lien. |
| 2/18/19 | CS | 1.00 | Prepared final report. |
| 2/19/19 | CS | <u>1.50</u> | Finalized final report. |
| | | **6.40** | **PROFESSIONAL SERVICES** |

**FUTURE ESTIMATED TIME:**

| | | | |
|---|---|---|---|
| | CS | 1.00 | Attended final hearing. |
| | CS | <u>1.00</u> | Prepared distribution checks and close case. |
| | | 2.00 | PROFESSIONAL SERVICES |